# EXHIBIT B

RB1AA031
date: 07-11-05                                                              page:        4

**FIRE**
**claim number**
**01-X238-382**

## ASSIGNMENT/RESERVE INFORMATION

| claim rep: Porter, Holly | | unit: 1 | team: | sec: | cat code: | fac: 8 |
|---|---|---|---|---|---|---|
| COL/line | party | status | | reserves | | ind paid |
| 33/001 | Named Insured(s) | Open | | 15,400 | | 0.00 |
| 34/001 | Named Insured(s) | Open | | 11,700 | | 0.00 |
| 69/001 | Named Insured(s) | Open | | 4,500 | | 0.00 |

## POLICY INFORMATION

insured  
SARGENT, ELLA  
RR 1 BOX 103  
EQUALITY AL           360269112

policy-no        dol  
01-GL-6766-3    07-11-05

eff date: 01-03-05     exp date: 01-03-06  
cancel/expiration  
cov cease dt:              cancel dt:  
policy source: FMR     rein dt:       fein:       sein:

yr blt  stories  trans   cnty   yr iss  
  40              N      019     05  
agt           serv agt  
1032-01

location                              deductible  
FROM HWY 9 T R ON CNTY RD 4           A-1000      agt name: HAROLD         agt phone  
R ON 18                                           COCHRAN, HAROLD W        256-234-2700  
EQUALITY AL

pace: P 192.9#    iv: 1     co-ins:

iv rate: 100%  
roof type        roof cov code        roof install date        hail resistive class  
Metal

MORTGAGEE:                 loan no:          claim history                              RCB  
EVERS MORTGAGE COMPANY      (01)            cat  number          dol       COL  cmt   PD  
336 N BROADNAX ST  
DADEVILLE AL  36853-1307

*[handwritten: 256-825-4972 Refinanced in March]*

claimant

                                                                                x-ref policy

regional messages                          assignment date:  
IV ERROR EW                                rein:  
                                           self ins ret:

policy type                                                              limits  
HO - HOMEOWNERS                                                          LS ASMT  
    forms          title                                                 DWEL EXT      14994  
FP -7955-         HOMEOWNERS POLICY                                      CONTENTS     112457  
LSP-  A1-                                                                ALE          ACTUAL  
LSP-  B1-                                                                LIAB         100000  
OPT-  ID-         INCREASED DWELLING                                     MPC/PER        1000  
OPT-  OL-         BUILDING ORDINANCE OR LAW                              MPC/OCC  

\* denotes forced coverage   @ denotes different deductible   # denotes pace description  
line  flmp class      scspta                # UPDATED    deductible   rk   item         risk  
      scspta          description           cov amount   amount       no                amount  
*001  HO1W61          HOMEOWNERS            149,942                    1                146,000  
 002  JF W61          JEWELRY AND FURS S      2,500                    1                  2,500  


*[handwritten: Cell 256-825-8150]*

SF-Sargent  
SF-00003

# State Farm Fire and Casualty Company®



Birmingham Operations Center
100 State Farm Parkway
P.O. Box 2661
Birmingham, Alabama 35297-0001

## CERTIFICATE

I, the undersigned, do hereby certify that I am custodian of the records pertaining to the issuance of policies issued by the AL Personal Lines     Division of STATE FARM FIRE AND CASUALTY COMPANY of Birmingham, AL.

Based on our available records, I further certify that the attached Coverage Summary  dated DEC 05, 2005 represents a true copy of the policy provisions and coverages as of JAN 03, 2005 for policy 01-GL-6766-3 issued to   SARGENT, ELLA
                       RR1 BOX 103
                       EQUALITY, AL  36026-9112

_____
BILL LOVELL
Underwriting Section Manager
State Farm Fire and Casualty Company



**STATE FARM FIRE AND CASUALTY COMPANY**  
A STOCK COMPANY WITH HOME OFFICES IN BLOOMINGTON, ILLINOIS

**DECLARATIONS PAGE** - COVERAGE SUMMARY
DEC 05, 2005

100 STATE FARM PARKWAY
BIRMINGHAM, AL 35297-0001

| Policy Number | 01-GL-6766-3 |
|---|---|

| Policy Period: | Effective Date | Expiration Date |
|---|---|---|
| 12 MONTHS | JAN 03, 2005 | OCT 10, 2005 |

The policy period begins and ends at 12:01 AM standard time at the residence premises.

**NAMED INSURED**

1032-F282

SARGENT, ELLA
RR 1 BOX 103
EQUALITY, AL 36026-9112

**MORTGAGEE**

EVERS MORTGAGE COMPANY
336 N BROADNAX ST
DADEVILLE, AL 36853-1307

## HOMEOWNERS POLICY

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
FROM HWY 9 T R ON CNTY RD 4 R ON 18
EQUALITY, AL 36026

| Coverages & Property | Limits of Liability | |
|---|---|---|
| **SECTION I** | | |
| A  DWELLING | $ | 146,000 |
| B  DWELLING EXTENSION  up to | $ | 14,600 |
| C  PERSONAL PROPERTY | $ | 109,500 |
| C  LOSS OF USE | ACTUAL LOSS SUSTAINED | |
| **SECTION II** | | |
| L  Personal Liability (Each Occurrence) | $ | 100,000 |
| Damage to Property of Others | $ | 500 |
| M  Medical Payments to Others (Each Person) | $ | 1,000 |

Inflation Coverage Index: 187.9

Deductibles - **SECTION I**

| ALL LOSSES | $ | 1,000 |
|---|---|---|

In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to your policy.

**Loss Settlement Provision (See Policy)**
A1: Replacement Cost - Similar Construction
B1: Limited Replacement Cost - Coverage B

**Forms, Options, & Endorsements**

| HOMEOWNERS POLICY | FP-7955 |
|---|---|
| INCREASE DWELLING UP TO $ 29,200 | OPTION ID |
| ORDINANCE/LAW 10%/$ 14,600 | OPTION OL |
| JEWELRY AND FURS $ 1,500 EACH ARTICLE / $ 2,500 AGGREGATE | OPTION JF |
| AMENDATORY ENDORSEMENT | FE-7201.2 |
| POLICY ENDORSEMENT | FE-5320 |
| FUNGUS (INCLUDING MOLD) EXCLUSION | FE-5398 |
| MOTOR VEHICLE ENDORSEMENT | FE-5452 |
| AMEND SUB COND ENDORSEMENT | FE-5843 |

| Policy Premium | $ | 1,299.00 |
|---|---|---|

Discounts Applied

Other limits and exclusions may apply - refer to your policy

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-7001.6C            JW        Prepared        DEC 05, 2005

COCHRAN, HAROLD W
(256) 234-2700