# EXHIBIT C

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
ALEXANDER CITY DIVISION

RECEIVED

2005 DEC 22 P 2: 28

| | |
|---|---|
| ELLA SARGENT a/k/a ELLA TATE, being one in the same person<br>    Plaintiff,<br><br>vs.<br><br>HAROLD COCHRAN, individually, and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No. CV-05-253<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO STATE COURT OF REMOVAL OF ACTION

TO:  Frank Lucas, Circuit Court Clerk
      132 Courthouse
      125 N. Broadnax Street
      Dadeville, AL 36853

Please take notice that Defendant State Farm Fire and Casualty Company, with the consent of unserved defendant Harold Cochran, has on this date filed a Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Eastern Division.

DATED this the 22nd day of DECEMBER, 2005.

_____
MICHAEL B. BEERS [BEE006]
CONSTANCE T. BUCKALEW [BUC015]
ANGELA C. TAYLOR [TAY062]
Counsel for Defendants Harold Cochran and
State Farm Fire and Casualty Company

**Of Counsel:**

BEERS, ANDERSON, JACKSON,
  PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
TEL: (334) 834-5311
FAX: (334) 834-5362

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE TO STATE COURT OF REMOVAL OF ACTION** has been served upon all parties to this action by depositing a copy of same in the U.S. Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Timothy B. Davis, Esq.<br>**DAVIS & DAVIS, LLC**<br>Post Office Box 1778<br>Alexander City, Alabama 35011-1778 | L. Lee Sims, Esq.<br>126 North Broadnax Street<br>Dadeville, Alabama 36853 |

on this the 22ND day of DECEMBER, 2005.

_____
Of Counsel

-2-