IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELLA SARGENT a/k/a ELLA TATE, being one in the same person<br>Plaintiff, | )<br>)<br>)<br>) |
| vs. | ) Case No. 3:05cv1218-F<br>) |
| HAROLD COCHRAN, individually, and STATE FARM FIRE AND CASUALTY COMPANY,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) |

RECEIVED 2005 DEC 22 P 2:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

## CONSENT FOR REMOVAL

NOW COMES the Defendant Harold Cochran and consents to the Notice of Removal filed on behalf of State Farm Fire and Casualty Company.

_____
MICHAEL B. BEERS [BEERM4992]
CONSTANCE T. BUCKALEW [BUCKC3785]
ANGELA C. TAYLOR [TAYLA2713]
BEERS, ANDERSON, JACKSON, PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
TELEPHONE: (334) 834-5311
FACSIMILE: (334) 834-5362
Counsel for Defendants State Farm Fire and Casualty Company and Harold Cochran

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **CONSENT FOR REMOVAL** has been served upon all parties to this action by depositing a copy of same in the U.S. Mail, postage prepaid, addressed as follows:

Timothy B. Davis, Esq.
**DAVIS & DAVIS, LLC**
Post Office Box 1778
Alexander City, Alabama 35011-1778

L. Lee Sims, Esq.
126 North Broadnax Street
Dadeville, Alabama 36853

on this the 22nd of DECEMBER, 2005.

_____
Of Counsel