EXHIBIT B

# State Farm Insurance Companies®



Birmingham Operations Center
PO Box 830689
Birmingham, AL 35283-0689
205 944 8300 Fax 205 944 8293

November 29, 2005

ELLA SARGENT
C/O LEE SIMS
126 NORTH BROADNAX ST
DADEVILLE, ALABAMA  36853

RE:  Claim Number:    01-X238-382
     Policy Number:   01-GL-6766-3
     Date of Loss:    July 11, 2005

Dear Ms. Sargent:

State Farm® has concluded its investigation of the fire loss of July 11, 2005.  Our investigation reveals that there was a material misrepresentation on your part at the time of the application for this policy and that the misrepresentation voids coverage for the policy and this claim. There will be no payment for the claim because of this misrepresentation.

Please refer to page one of your Homeowners Policy under **DECLARATIONS CONTINUED**:

"**HOMEOWNERS POLICY**

**DECLARATIONS CONTINUED**

We agree to provide the insurance described in this policy:

3.  in reliance on your statements in these **Declarations**.

You agree, by acceptance of this policy, that:

1.  you will pay premiums when due and comply with the provisions of the policy;

2.  the statements in these **Declarations** are your statements and are true;

3.  we insure you on the basis your statements are true; and

4.  this policy contains all of the agreements between you and us and any of our agents.

ELLA SARGENT
01-X238-382
Page 2
November 29, 2005

> Unless otherwise indicated in the application, you state that during the three years preceding the time of your application for this insurance your Loss History and Insurance History are as follows:
>
> 1. Loss History: you have not had any losses, insured or not; and
>
> 2. Insurance History: you have not had any insurer or agency cancel or refuse to issue or renew similar insurance to you or any household member."

Our investigation revealed that you suffered a loss on or about August 4, 2004, to your property at 328 North West Street in Dadeville, Alabama. Our investigation has revealed that you were an owner of that property and were obligated on the mortgage for that property.

### "SECTION I AND SECTION II - CONDITIONS

> 2. **Concealment or Fraud.** This policy is void as to you and any other **insured**, if you or any other **insured** under this policy has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss."

State Farm would not have issued policy 01-GL-6766-3 had you disclosed the August 4, 2004 loss. This policy is being voided from the inception date.

State Farm Personal Lines Underwriting will be contacting you in the near future to refund your premium.

Sincerely,

*[signature]*

Timothy J. Ryan
Team Manager
205 944 8379
State Farm Fire and Casualty Company

11/537/1123004

cc:    1032 Harold Cochran