# EXHIBIT "B"

```
AVSO702                    ALABAMA JUDICIAL DATA CENTER
                              TALLAPOOSA   COUNTY
                                SERVICE NOTICE
                                                        CV 2005 000253.00
                                                        ASSIGNED JUDGE
------------------------------------------------------------------------
                IN THE CIRCUIT COURT OF TALLAPOOSA   COUNTY

    ELLA SARGENT VS HAROLD COCHRAN                                  D001


        DAVIS TIMOTHY BLEDSOE              CASE NUMBER: CV 2005 000253 00
        P.O. BOX 1778                      PARTY NUMBER: C001
        ALEXANDER CITY   AL   35011

        YOUR ATTORNEY CODE IS DAV071

    THE SUMMONS AND COMPLAINT              WAS SERVED ON COCHRAN HAROLD, INDIVI
    ON 11/21/2005 BY: CERTIFIED MAIL.




                    DATE: 01/11/2006   CLERK: FRANK LUCAS
                                              P.O. BOX 189
                                              ALEXANDER CITY   AL   35010
                                              (256)234-4361
------------------------------------------------------------------------
OPERATOR: SAW
PREPARED: 01/11/2006
```