# EXHIBIT "C"

AVSO702                          ALABAMA JUDICIAL DATA CENTER
                                   TALLAPOOSA    COUNTY
                                    SERVICE NOTICE
                                                        CV 2005 000253.00
                                                  ASSIGNED JUDGE
-----------------------------------------------------------------------

              IN THE CIRCUIT  COURT OF TALLAPOOSA    COUNTY

    ELLA SARGENT VS HAROLD COCHRAN                                  D002


         DAVIS TIMOTHY BLEDSOE              CASE NUMBER: CV 2005 000253 00
         P.O. BOX 1778                      PARTY NUMBER:C001
         ALEXANDER CITY  AL  35011

         YOUR ATTORNEY CODE IS DAV071

    THE SUMMONS AND COMPLAINT          WAS SERVED ON STATE FARM FIRE AND CA
    ON 11/22/2005 BY: CERTIFIED MAIL.




                     DATE:11/28/2005  CLERK:FRANK LUCAS
                                            P.O. BOX 189
                                            ALEXANDER CITY  AL  35010
                                            (256)234-4361
-----------------------------------------------------------------------
OPERATOR: SAW
PREPARED: 11/28/2005