IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELLA SARGENT, a/k/a Ella Tate,  ) | |
| ) | |
| Plaintiff,  ) | |
| v.  ) | CASE NO. 3:05-cv-1218-MEF |
| ) | |
| HAROLD COCHRAN, *et al.,*  ) | |
| ) | |
| Defendants.  ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #7) filed on January 13, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before February 3, 2006. The plaintiff may file a reply brief on or before February 10, 2006.

DONE this the 19th day of January, 2006.

                                                                   /s/ Mark E. Fuller
                                                CHIEF UNITED STATES DISTRICT JUDGE