IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELLA SARGENT a/k/a ELLA TATE, being one in the same person<br>    Plaintiff, | )<br>)<br>)<br>) |
| vs. | )    Case No. 3:05-cv-01218-MEF-DRB |
| HAROLD COCHRAN, individually, and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND FOR PROCEDURAL DEFECT**

COMES NOW Defendant State Farm Fire and Casualty Company to notify this Honorable Court that it consents to remand based on procedural defect. On January 13, 2006, Ms. Sargent filed a Motion to Remand for Procedural Defect [Doc.7]. In the subsequent weeks since the filing of Doc.7 State Farm has conducted an extensive investigation into the allegations contained therein. State Farm now believes that Ms. Sargent's arguments are well-founded and due to be granted. The Notice of Removal filed by State Farm [Doc1] was filed on the 31st day after the first defendant was served as argued by Ms. Sargent. According to U.S.C. 28 § 1446(b), State Farm's Notice of Removal was untimely.

Respectfully submitted this the 3rd day of February, 2006.

/s/ Michael B. Beers
**MICHAEL B. BEERS [BEERM4992]**
**CONSTANCE T. BUCKALEW[BUCKC3785]**
**ANGELA C. TAYLOR [TAYLA2713]**
BEERS, ANDERSON, JACKSON, PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
TELEPHONE: (334) 834-5311
FACSIMILE: (334) 834-5362
Counsel for Defendant State Farm Fire and Casualty Company and Harold Cochran

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed **DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND FOR PROCEDURAL DEFECT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy B. Davis, Esq.
**DAVIS & DAVIS, LLC**
Post Office Box 1778
Alexander City, Alabama 35011-1778

L. Lee Sims, Esq.
126 North Broadnax Street
Dadeville, Alabama 36853

on this the 3rd day of February, 2006.

/s/Michael B. Beers
Of Counsel