IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELLA SARGENT, a/k/a Ella Tate, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-1218-MEF |
| ) | |
| HAROLD COCHRAN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Plaintiff's Motion to Remand (Doc. #7) filed on January 13, 2006 and the Defendants' consent thereto (Doc #9), it is hereby

ORDERED that the motion is GRANTED. The Court's Order (Doc. #8) of January 19, 2006, setting the briefing schedule for this motion, is VACATED.

Accordingly, the above-styled lawsuit is hereby REMANDED to the Circuit Court of Tallapoosa County, Alabama.

The clerk of court is DIRECTED to take the necessary steps to effectuate the remand of this case to the Circuit Court of Tallapoosa County, Alabama.

DONE this the 8th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE